UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

KOJAK CARTER and JONAS BELIZAIRE,

                                      Plaintiffs,        07 Civ. 11598 (LAK)

          -against-

THE CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on December 28, 2007, at 4:00 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a **Summons and Complaint** upon the City of New York, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Madelyn Santana personally. Declarant knew said individual to be authorized to accept service on behalf of defendant City of New York.

Dated:    New York, New York
             December 28, 2007

                                                  By:        /s
                                                            Rose M. Weber  (RW 0515)