AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number: 07-11598

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK and New York City Department of Homeless Services

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/14/2008 | *[signature]* |
| Date | Signature |
| | Suzette Corinne Rivera · SR4272 |
| | Print Name · Bar Number |
| | 100 Church Street |
| | Address |
| | New York · NY · 10007 |
| | City · State · Zip Code |
| | (212) 788-9567 · (212) 788-9776 |
| | Phone Number · Fax Number |