

**MEMO ENDORSED**

THE CITY OF NEW YORK

**LAW DEPARTMENT**

AEL A. CARDOZO
*ation Counsel*

100 CHURCH STREET
NEW YORK, N.Y. 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

January 14, 2008

BY HAND
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08



Re: <u>Kojak Carter et al. v. The City of New York et al.</u>, 07 CV 11598 (LAK)

Dear Judge Kaplan:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendants City of New York and New York City Department of Homeless Services. I write to respectfully request a sixty-day enlargement of time, from January 17, 2008, to March 17, 2008, within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action and is made on consent.

    The complaint alleges, inter alia, that plaintiffs Kojak Carter and Jonas Belzaire were subjected to excessive force, falsely arrested and strip searched. Before this Office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate this matter.

    Upon information and belief, the charges against plaintiff were dismissed and sealed pursuant to Penal Law Section 160.50. This office has forwarded unsealing releases to plaintiff. Moreover, to the extent plaintiffs have alleged physical injury, this office has forwarded to plaintiff a consent and authorization for the release of medical records, so that defendant can properly assess the case and respond to the complaint.

*Time extended until 3/16/08*

SO ORDERED
KAPLAN, U.S.D.J. 1/16/08