UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

Kojak Carter, et ano.,

                    Plaintiff(s)

          v.                                    07-cv-11598 (LAK)

The City of New York, et al.,
                    Defendant(s).

- - - - - - - - - - - - - - - - - x

Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1.   No additional parties may be joined after _March 31, 2008_

2.   No amendments to the pleadings will be permitted after _March 31, 2008_

3.   The parties shall make required Rule 26(a)(2) disclosures with respect to:

     (a) expert witnesses on or before _____;

     (b) rebuttal expert witnesses on or before _____.

4.   All discovery, including any depositions of experts, shall be completed on or before _July 5, 2008_

5.   A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or
     before _August 5, 2008_

6.   No motion for summary judgment shall be served after the deadline fixed for submission of the
     pretrial order. The filing of a motion for summary judgment does not relieve the parties of the
     obligation to file the pretrial order on time.

7.   If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall
     be filed with the joint pretrial order.

8.   Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to
     trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and
     evidentiary problems anticipated at trial, and (b) any motions in limine.

9.   This scheduling order may be altered or amended only on a showing of good cause not
     foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a
     matter of routine.

Dated:

                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge

CONSENTED TO: [signatures of all counsel]

_____  Attorney for City of New York
               and NYC Dept. of Homeless Services

Rou M. Weber  (RW-0515)
     atty fr TTs