UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

KOJAK CARTER and JONAS BELIZAIRE,

                                        Plaintiffs,        07 Civ. 11598 (LAK)

          -against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

-----------------------------------------------------------------------X

## PROOF OF SERVICE

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

        I am over 18 years of age and am not a party to this action.

        That on April 1, 2008, at 1:47 p.m., at the Office of Legal Affairs, Department of Homeless Services, 33 Beaver Street, 17th Floor, New York, NY 10004, I served a **Summons and Complaint** upon Omar Santos, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Ivy Pacheco personally. Declarant knew said individual to be authorized to accept service on behalf of defendant Santos.

Dated:     New York, New York
              April 7, 2008

                                      By:        /s
                                              Rose M. Weber  (RW 0515)