

**MEMO ENDORSED**

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CAROLINE L. CHEN
*Assistant Corporation Counsel*
Phone (212) 788-1106
Fax (212) 788-9776
cchen@law.nyc.gov

July 11, 2008

**BY HAND**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

    Re:    Kojak Carter et al. v. The City of New York et al.
              07 CV 11598 (LAK)

Your Honor:

       I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, newly assigned to represent defendants City of New York, the Department of Homeland Services, and Omar Santos in the above-referenced matter. I write to respectfully request that the Court extend the deadline for the close of discovery by forty-five days, from August 1, 2008, to September 15, 2008. This is the second enlargement of time to extend discovery in this matter, and it is made with plaintiff's counsel's consent.

       The instant application is necessarily made as the undersigned was assigned to this matter yesterday.[1] Therefore, the undersigned respectfully requests that the Court allow sufficient time for the undersigned to become familiarized with the facts of this matter, which includes speaking with the officer(s) involved in the incident underlying this case, and reviewing and investigating any documents and information pertaining to this incident. The enlargement of time is further necessary because the undersigned is presently assigned to the matter of <u>Woodrow Flemming v. City of New York, et al.</u>, 02 CV 4113, which is confirmed to go to trial next week before the Honorable Robert L. Carter. Finally, it is my understanding that there remain some

---

[1] The previously assigned Assistant Corporation is leaving the Law Department

documentary discovery issues to be resolved prior to the parties engaging in any settlement discussions in this matter. Accordingly, the undersigned respectfully requests that the Court grant an enlargement of time, to September 15, 2008, so that the parties may endeavor to properly resolve any outstanding discovery issues following the conclusion of my trial, and to undertake any possible settlement discussions, by September 15, 2008.

    I thank the Court for its time and consideration of this request.

                Respectfully submitted,

                Caroline L. Chen
                Assistant Corporation Counsel
                Special Federal Litigation Division

cc:  Rose Weber, Esq. (by fax and regular mail)
    *Attorney for Plaintiffs*

*Granted*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
7/14/08