UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KOJAK CARTER and JONAS BELIZAIRE,

                        Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES, P.O.
"JOHN" ALMANZAR, P.O. "JOHN" SANTOS, P.O.
"JOHN" DELGADO, SGT. "JOHN" CASTILLO, and
P.O.s JOHN and JANE DOE, #1-10, Individually and in
their official capacities, (the names John and Jane Doe
being factitious, as the true names are presently
unknown),

                        Defendants.

------------------------------------------------------------------

07 CV 11598 (LAK)

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

        **WHEREAS,** plaintiffs Kojak Carter and Jonas Belizaire commenced an action entitled Kojak Carter, et al. v. the City of New York, et al., 07 CV 11598 (LAK), in the United States District Court for the Southern District of New York, on December 5, 2007, by filing a complaint in the United District Court for the Southern District of New York, alleging, *inter alia*, violations of their civil rights pursuant to 42 USC § 1983; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations in this action; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this action, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. This action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York, on behalf of defendants City of New York, New York City Department of Homeless Services and Omar Santos, hereby agrees to pay plaintiff **KOJAK CARTER FIFTY THOUSAND ($50,000.00) DOLLARS;** plaintiff **JONAS BELZAIRE FIFTY THOUSAND ($50,000.00) DOLLARS, for a total of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS,** in full satisfaction of all claims, including claims for costs, expenses and attorney fees in this action. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against City of New York, New York City Department of Homeless Services and Omar Santos in this action, and to release all defendants and all present and former employees and agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to the City defendants' attorneys all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:  New York, New York
        August 26, 2008

Rose Weber, Esq.
*Attorney for Plaintiffs*
225 Broadway, Suite 1608
New York, New York 10007

By: _Rose M Weber_
    Rose Weber, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
New York City Department of Homeland
Services and Omar Santos*
100 Church Street, Room 3-199
New York, New York 10007
(212) 788-1106

By: _[signature]_
    Caroline Chen
    Assistant Corporation Counsel

SO ORDERED: AUG 2 8 2008

_[signature]_
~~LEWIS A. KAPLAN~~, U.S.D.J.
Paul A. Crotty
Part I